FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 APR 18 PM 2: 27

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| MOSES JEROME TIDWELL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CV 106-16 |
| ) | |
| COLUMBIA COUNTY DETENTION ) | |
| CENTER and COLUMBIA COUNTY ) | |
| DETENTION MEDICAL CENTER, ) | |
| ) | |
| Defendants. ) | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff has filed a complaint alleging violations of Title 42, United States Code, Section 1983. He is proceeding pro se and requested permission to proceed *in forma pauperis* ("IFP"). On February 7, 2006, the Court directed plaintiff to return his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms within thirty (30) days and advised plaintiff that all prisoners, even those proceeding IFP, must pay the filing fee of $250.00 in full. 28 U.S.C. § 1915(b)(1). The Court cautioned plaintiff that failure to respond would be an election to have this case voluntarily dismissed without prejudice. Plaintiff failed to respond.

On March 13, 2006, the Court granted plaintiff ten (10) additional days to comply with the terms of the Court's February 7 Order. Once again, plaintiff was warned that his failure to comply in a timely fashion with the Court's Order would result in a recommendation that his case be dismissed. The time to respond has passed, and plaintiff has not submitted the

documents required by the Court's February 7, 2006 Order, nor has he provided the Court with any explanation why he has not complied.

Plaintiff cannot proceed IFP unless he submits the requisite Trust Fund Account Statement and consents to the collection of the entire $250.00 filing fee in installments. Wilson v. Sargent, 313 F.3d 1315, 1319, 1321 (11th Cir. 2002) (*per curiam*) (citing 28 U.S.C. § 1915). Plaintiff has been repeatedly warned that failing to return the necessary IFP papers would be an election to have his case voluntarily dismissed. As plaintiff has neither fulfilled the requirements for proceeding IFP, nor paid the filing fee, the Court **REPORTS** and **RECOMMENDS** that this case be **DISMISSED**, without prejudice.

SO REPORTED and RECOMMENDED this 18th day of April, 2006, at Augusta, Georgia.

_____
W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE

2