FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAY 22 PM 3: 32

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| MOSES JEROME TIDWELL, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>COLUMBIA COUNTY DETENTION )<br>CENTER and COLUMBIA COUNTY )<br>DETENTION MEDICAL CENTER, )<br>)<br>Defendants. ) | CV 106-16 |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. This case is **DISMISSED** without prejudice.

SO ORDERED this 22nd day of May, 2006, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE